**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ANDREW GROSS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. ) | No. 2:09-cv-145-WTL-DML |

**Entry and Order Directing Dismissal of Action**

The court, having considered the above action and the matters which are pending, makes the following rulings:

    1.    The plaintiff's motion for leave to supplement (dkt 68) is **denied without prejudice.**

    2.    The defendant's motion for summary judgment (dkt 56) is **denied.**

    3.    A review of the record reveals that the plaintiff filed a request to proceed *in forma pauperis* with the complaint, that the action was transferred to this court, that the request to proceed *in forma pauperis* was granted in Part II of the Entry issued on June 9, 2009, and that only the initial partial filing fee of $14.00 has been paid. The balance of the filing fee owed by the plaintiff is $336.00. There is something amiss with the foregoing.

    a.    A prisoner who has filed at least three suits or appeals that are frivolous, malicious, or fail to state a claim is ineligible to proceed *in forma pauperis* and must prepay all fees unless in imminent physical danger. 28 U.S.C. § 1915(g); *see Ammons v. Gerlinger*, 547 F.3d 724, 725 (7th Cir. 2008). As both *Ammons* and this case demonstrate, a court does not always have complete information regarding a litigant's prior "strikes."

    b.    It was noted in *Gross v. Holder, et al.,* 2010 WL 2179173 (D.D.C. June 1, 2010), that the plaintiff has accumulated more than three strikes. In doing so, it cited *Gross v. Bureau of Prisons*, 2006 WL 3694609, at *1 (E.D.Mich. Dec. 14, 2006) (denying Gross' motion to proceed without prepayment of fees because he had accrued four strikes). The action which ensued in *Gross v. Holder* is that the grant

of Gross' request to proceed *in forma pauperis* was revoked, the court found that Gross was not in imminent physical danger, and Gross was given a period of time in which to pay the filing fee, and the action was dismissed when he failed to do so. *Gross v. Holder, et al.,* 2010 WL 2836408 (D.D.C. July 16, 2010).

4. The recent demise of Gross' litigation in the District of Columbia shows that Gross has been aware since *Gross v. Bureau of Prisons*, 2006 WL 3694609, *1 (E.D.Mich. Dec. 14, 2006), that he has been ineligible for *in forma pauperis* status.[1] This case was filed on April 8, 2009. The situation here would thus appear to be governed by the following rule in *Ammons:* "A litigant who knows that he has accumulated three or more frivolous suits or appeals must alert the court to that fact." 547 F.3d at 725 (citing *Sloan v. Lesza,* 181 F.3d 857, 858-59 (7th Cir. 1999)).

> An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit.

*Sloan,* 181 F.3d at 859. Gross commenced and has continued the litigation of this action under false pretenses. The only appropriate action in these circumstances is the immediate termination of the suit. Because of his long history of abusive litigation in the federal courts and because of his ploy in this case in particular, the dismissal shall be with prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 07/28/2010

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

---

[1] In *Evans v. Illinois Department of Corrections*, 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the three-strikes determination. For the plaintiff's reference, the cases on which the court relies in finding three or more "strikes" are the following, each of which was filed in the Eastern District of Michigan and each of which were dismissed as frivolous or as failing to state a cognizable legal claim: Numbers 02-74123; 02-74850; 06-12820; 06-13065. Although cryptic in this fashion, these were the strikes noted in *Gross v. Bureau of Prisons*, 2006 WL 3694609 (E.D.Mich. 2006).